IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CM, | : | |
|       Plaintiff, | : | |
| | : | |
| v. | : | Civil No.: 5:26-cv-00007 |
| | : | |
| Dayspring Christian Academy, et al., | : | |
|       Defendants. | : | |

**ORDER**

**AND NOW**, this 30th day of January, 2026, it appearing to the court that DAYSPRING CHRISITAN ACADEMY has not filed the disclosure statement required by Federal Rule of Civil Procedure 7.1 at the time of filing its first appearance.[1] DAYSPRING CHRISITAN ACADEMY **IS HEREBY ORDERED** to file its disclosure statement[2] within 10 days of the date of this Order.

This Order also serves as a reminder to the parties of their continuing obligation pursuant to Federal Rule of Civil Procedure 7.1(b)(2) to "promptly file a supplemental statement" of any changes to the information required by Federal Rule of Civil Procedure 7.1(a).

It is so **ORDERED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] Federal Rule of Civil Procedure 7.1(b)(1) requires the disclosure statement to be filed with the party's first appearance, pleading, petition, motion, response, or other request addressed to the court.

[2] A Disclosure Statement Form is available on the Court website and should be filed electronically using the Other Filings/Discovery Documents category.