IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CM,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Dayspring Christian Academy, et al.,<br>　　　　　　Defendants. | :<br>:<br>:<br>:　Civil No.: 5:26-cv-00007<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 4th day of February, 2026, upon consideration of Plaintiff's Motion to Redact Plaintiff CM's Home Address from Public Docket (ECF No. 6), **IT IS HEREBY ORDERED** as follows:

　　1.　　Plaintiff's Motion (ECF No. 6) is **GRANTED**.

　　2.　　Plaintiff **SHALL** serve his original Motion (ECF No. 6) and this Order upon Defendant LS.

　　3.　　Plaintiff **SHALL** file a certificate of service with the Court after serving Defendant LS pursuant to this Order.

　　4.　　Defendant LS **SHALL** have fourteen (14) days from the date of service to contest Plaintiff's Motion (ECF No. 6).[1]

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　　United States District Court Judge

---

[1] The Court observes that as of today, Defendant LS has not been served and does not have counsel. Accordingly, once served, the Court will provide Defendant LS the opportunity to contest the Court's ruling on this motion.