IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.M., individually and through his Parents, C.M. Sr. and J.M.<br><br>      Plaintiffs,<br><br>  v.<br><br>DAYSPRING CHRISTIAN ACADEMY, et al.<br><br>      Defendants. | Case No: 5:26-CV-0007 |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURTS:

  Kindly enter the appearance of Christopher A. Sarno, Esquire of Clymer Musser & Sarno PC, on behalf of L.S. (former student) in the above-captioned matter.

                **CLYMER MUSSSER & SARNO PC**

Date: February 5, 2026

                _____
                Christopher A. Sarno, Esq.
                Pa ID: 311511
                408 W. Chestnut St.
                Lancaster, PA 17603
                (717) 299-7101 (P)
                (717) 299-5115 (F)
                chris@clymerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, 5th of February, 2026, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the court, where a copy can then be retrieved by all counsel of record via the ECF system.

Date: February 5, 2026

CLYMER MUSSSER & SARNO PC

_____
Christopher A. Sarno, Esq.
Pa ID: 311511
408 W. Chestnut St.
Lancaster, PA 17603
(717) 299-7101 (P)
(717) 299-5115 (F)
chris@clymerlaw.com