**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **C.M., individually and through his Parents, CM Senior and JM,** | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 5:26-CV-0007 |
| v. | : : | |
| **DAYSPRING CHRISTIAN ACADEMY, et al.,** | : : : : | |
| Defendants. | : : | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURTS:

Kindly enter the appearance of Hillary B. Weinstein, Esquire on behalf of Defendants, Dayspring Christian Academy, Daniel Stone, Sandy Abel, Jeff Funk, Janice Martino-Gotshall, Matt Lapp, Dr. Michael R. Myers, Art Remington, Jeff Smoker, and Kevin Zimmerman in the above-captioned matter.

Respectfully submitted,

**O'Hagan Meyer PLLC**

BY: */s/ Hillary B. Weinstein*
     Hillary B. Weinstein, Esq.
     PA ID #209533
     Three Logan Square
     1717 Arch Street, Suite 3910
     Philadelphia, PA 19103
     Phone: 215.461.3300
     Fax: 215.461.3311
     Email:  hweinstein@ohaganmeyer.com

Date:  February 23, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February 2026, a true and correct copy of the

foregoing Notice of Appearance was electronically filed with the court, where a copy can then be

retrieved by all counsel of record via the ECF system.

Respectfully submitted,

**O'Hagan Meyer PLLC**

BY: */s/ Hillary B. Weinstein*
Hillary B. Weinstein, Esq.
PA ID #209533
Three Logan Square
1717 Arch Street, Suite 3910
Philadelphia, PA 19103
Phone: 215.461.3300
Fax: 215.461.3311
Email:  hweinstein@ohaganmeyer.com

Date:  February 23, 2026