**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CM, | : |
| Plaintiff, | : |
| | : |
| v. | : Civil No.: 5:26-cv-00007 |
| | : |
| DAYSPRING CHRISTIAN ACADEMY, *et al*., | : |
| Defendants. | : |

**ORDER**

**AND NOW**, this  10th      day of April, 2026, upon consideration of Defendant's Motion to Dismiss (ECF No. 19), Plaintiff's Response in Opposition (ECF No. 20), Defendant's Memorandum in Support of Motion to Dismiss (ECF No. 26), Plaintiff's Sur-Reply Brief to Defendant's Reply to Plaintiff's Response (ECF No. 29) and the Letter Request for Oral Argument dated April 8, 2026; **IT IS HEREBY ORDERED** that the Letter Request is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court will hold Oral Argument on the issues raised in the pending Motion to Dismiss (ECF No. 19) on **Tuesday, April 28, 2026 at 1:30 p.m.**, at the United States District Court, 504 West Hamilton Street, Courtroom 4B, Allentown, Pennsylvania.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge