# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CM, individually and through his Parents, CM Senior and JM, | : <br> : <br> : |
| *Plaintiff*, | : <br> : <br> : |
| vs. | : Civil No.: 5:26-cv-00007-JMG <br> : |
| DAYSPRING CHRISTIAN ACADEMY, DANIEL STONE, LS (former student), SANDY ABEL, JEFF FUNK, JANICE MARTINO-GOTSHALL, MATT LAPP, DR. MICHAEL R. MYERS, ART REMINGTON, JEFF SMOKER, AND KEVIN ZIMMERMAN, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| *Defendants*. | : |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

Please enter the appearance of David Annecharico, Esquire, of Sand & Saidel, P.C., as counsel for Plaintiff C.M., individually and through his Parents, C.M. Senior and J.M., in the above-captioned matter.


Respectfully submitted,


/s/ David Annecharico
David Annecharico, Esquire
Sand & Saidel, P.C.
113 S. 21st Street
Philadelphia, PA 19103
Tel: 215-851-0200
dannecharico@sandsaidel.com
PA Bar No. 91122
*Attorneys for Plaintiff*


Dated: April 27, 2026