## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CM, | : | |
|        Plaintiff, | : | |
| | : | |
|        v. | : | Civil No.: 5:26-cv-00007 |
| | : | |
| DAYSPRING CHRISTIAN ACADEMY, *et al*., | : | |
|        Defendants. | : | |

**ORDER**

**AND NOW,** this 12th day of June, 2026, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 19), Plaintiff's Response in Opposition to Defendants' Motion to Dismiss (ECF No. 20), Defendants' Reply Memorandum in Support of their Motion to Dismiss Plaintiff's Complaint (ECF No. 26), Plaintiff's Sur-Reply Brief to Defendants' Reply to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Plaintiffs' Complaint (ECF No. 29), and for the reasons provided in the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that the Motion (ECF No. 19) is **GRANTED, in part**, **with prejudice**, concerning Count I (Violations of the ADA).

**IT IS FURTHER ORDERED** that the Motion (ECF No. 19) is **DENIED in part**, concerning Count II (Violations of Section 504 of the Rehabilitation Act of 1973), Count III[1] (Negligence) and Count IV (Breach of Contract).

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] Although the Complaint also identifies this claim as Count IV, for purposes of this Order, the Court construes it as Count III.