**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CM,<br>Plaintiff,<br><br>v.<br><br>DAYSPRING CHRISTIAN ACADEMY, *et al*.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No.: 5:26-cv-00007 |

**ORDER**

**AND NOW**, this 17th day of August, 2026, at the request of the parties, **IT IS HEREBY ORDERED** that this case is **REFERRED** to Magistrate Judge Pamela A. Carlos for the purpose of conducting a settlement conference.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge