**5IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **C.M., individually and through his Parents, CM SENIOR and JM,** | : | |
| Plaintiff, | : | CIVIL ACTION NO. 5:26-CV-00007-JMG |
| v. | : | |
| **DAYSPRING CHRISTIAN ACADEMY, et al.,** | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this _____ day of _________ 2026, upon consideration of the Parties' Joint Motion to Stay Deadlines, it is hereby **ORDERED** that the Motion is **GRANTED**, and that the dates from the Scheduling Order (Doc. 39) are hereby stayed until further notice by the Court.

**BY THE COURT:**

____________________________
Hon. John M. Gallagher

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **C.M., individually and through his Parents, CM SENIOR and JM,** | |
| Plaintiff, | CIVIL ACTION NO. 5:26-CV-00007-JMG |
| v. | |
| | JURY TRIAL DEMANDED |
| **DAYSPRING CHRISTIAN ACADEMY, et al.,** | |
| Defendants. | |

**PARTIES' JOINT MOTION TO STAY DEADLINES**

Plaintiff, C.M. individually and through his parents, C.M., Sr., and J.M., together with Defendants, Dayspring Christian Academy, Daniel Stone, Sandy Abel, Jeff Funk, Janice Martino-Gotshall, Matt Lapp, Dr. Michael R. Myers, Art Remington, Jeff Smoker, and Kevin Zimmerman ("Dayspring Defendants"), as well as Defendant L.S., by and through their respective counsel, jointly move the Court for an Order staying the deadlines in this case following this Court's Order referring this case to the Hon. Pamela Carlos for a settlement conference. (Doc. 40). In support of this joint motion, the Parties state as follows:

1. On January 2, 2026, Plaintiff filed his multi-count complaint against Defendants. (Doc. 1).

2. Dayspring Defendants filed their Motion to Dismiss on March 9, 2026. (Doc. 19).

3. On June 12, 2026, this Court granted in part and denied in part Dayspring Defendants' Motion to Dismiss, leaving intact the Plaintiff's negligence and breach of contract claims, and his discrimination claim pursuant to the Rehabilitation Act. (Docs. 34, 35).

4. Following the Court's initial pretrial conference held on June 30, 2026, this Court issued its Scheduling Order on July 1, 2026. (Doc. 39). Pursuant to that Order, discovery is set to close on December 31, 2026. (Id.). Trial is currently set for Friday, April 16, 2027. (Id.)

5. Since that time, the Parties have exchanged written discovery requests and responses, as well as responsive documents.

6. The Parties anticipate that remaining discovery may require depositions of over 25 fact witnesses and expert witnesses, which the Parties believe would be unnecessary if settlement is reached.

7. In July 2026, Plaintiff and Dayspring Defendants initiated settlement discussions to resolve the Plaintiff's remaining claims.

8. Following a letter to this Court, this Court referred this case to Magistrate Judge Pamela Carlos for a settlement conference. (Doc. 40).

9. The Parties believe that, with the assistance of Magistrate Judge Carlos, there is a reasonable possibility of a settlement of Plaintiff's remaining claims.

10. Thus, staying the remaining deadlines will conserve the resources of the Parties and the Court, and will avoid the unnecessary expense associated with completing extensive discovery and any dispositive motion practice, in the event the case resolves at the settlement conference.

WHEREFORE, for the reasons set forth above, the Parties respectfully request that this Court enter an order staying all forthcoming deadlines in this matter until further Order of this Court.

Dated: September 10, 2026

Respectfully submitted,

/s/ James Munnelly
James Munnelly, Esq.
David Annecharico, Esq.
**Sand & Saidel, PC**
113 S. 21st St
Philadelphia, PA 19103
Tel: 215-851-0200
Fax: 215-851-9990
jmunnelly@sandseidel.com
dannecharico@sandseidel.com
*Attorneys for Plaintiff*

/s/ Hillary B. Weinstein
Hillary B. Weinstein, Esq.
Elizabeth A. Castillo, Esq.
**O'Hagan Meyer, PLLC**
1717 Arch Street, Suite 3910
Philadelphia, PA 19103
Tel: 215-451-3300
Fax: 215-461-3311
hweinstein@ohaganmeyer.com
ecastillo@ohaganmeyer.com
*Attorneys for Defendants, Dayspring Christian Academy, Daniel Stone, Sandy Abel, Jeff Funk, Janice Martino-Gotshall, Matt Lapp, Dr. Michael R. Myers, Art Remington, Jeff Smoker and Kevin Zimmerman*

/s/ Christopher A. Sarno
Christopher A. Sarno, Esq.
**Clymer, Musso, & Sarno PC**
408 W. Chestnut Street
Lancaster, PA 17603
P:717.299.7101
F: 717.299.5115
chris@clymerlaw.com
*Attorney for Defendant L.S.*